IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JERRY PATTERSON,

    Petitioner,

v.                                          Civ. Case No. 1:15-cv-01300-JDB-egb

UNITED STATES OF AMERICA,

    Respondent.
_____

ORDER DIRECTING PETITIONER TO SUBMIT POSITION ON ENTITLEMENT TO
RELIEF
_____

On December 9, 2015, Petitioner, Jerry Patterson, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("Petition"). (Docket Entry ("D.E.") 1.) On July 3, 2017, Patterson, through appointed counsel, filed a supplemental § 2255 motion requesting an immediate ruling for relief under the statute pursuant to the recent decision of the Sixth Circuit Court of Appeals in *United States v. Stitt*, 860 F.3d 854 (6th Cir. 2017). (D.E. 12.) The United States Probation Office ("USPO") prepared a memorandum on October 18, 2017, addressing *Stitt* and other issues relating to the Petition, including whether his prior convictions for burglary under Tennessee law qualify as violent felonies under the Armed Career Criminal Act, 18 U.S.C. § 924(e).

Petitioner is DIRECTED, within fifteen days of the entry of this order, to submit his position in light of the USPO's memorandum. If Patterson still insists that he is entitled to relief, the Government is DIRECTED to respond to Petitioner's arguments within fifteen days of the Petitioner's filing.

IT IS SO ORDERED this 20th day of October 2017.

                                                                            s/ J. DANIEL BREEN
                                                                            UNITED STATES DISTRICT JUDGE